CAFE 207, INC., a Florida corporation, Plaintiff–Appellant,

v.

ST. JOHNS COUNTY, a political subdivision of the State of Florida, Defendant–Appellee.

No. 94–2897.

United States Court of Appeals, Eleventh Circuit.

Oct. 5, 1995.

Gary S. Edinger, Gainesville, FL, John H. Weston, G. Randall Garrou, Weston, Sarno, Garrou & Dewitt, Beverly Hills, CA, for appellant.

* Honorable Anthony A. Alaimo, Senior U.S. District Judge for the Southern District of Georgia, sitting by designation.

Mark R. Brown, ACLU of Florida, St. Petersburg, FL, for amicus American Civil Liberties Union.

James G. Sisco, Daniel J. Bosanko, St. Augustine, FL, for appellee.

Before TJOFLAT, Chief Judge, DYER and GARTH*, Senior Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court for the reasons stated in its dispositive memorandum opinion reported at 856 F.Supp. 641 (M.D.Fla.1994).

AFFIRMED.